Decided March 17, 2009

## DAVID J. WEINBERG *v.* COMMISSIONER OF CORRECTION

The petitioner David J. Weinberg's petition for certification for appeal from the Appellate Court, 112 Conn. App. 100 (AC 27897), is denied.

*Deborah G. Stevenson*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided March 31, 2009

## STATE OF CONNECTICUT *v.* MICHAEL V. MISENTI

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 562 (AC 28872), is denied.

MCLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Jeremy S. Donnelly*, in support of the petition.

*Raheem L. Mullins*, deputy assistant state's attorney, in opposition.

Decided March 31, 2009